NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WATERS TECHNOLOGIES CORPORATION,**
*Appellant*

**v.**

**AGILENT TECHNOLOGIES, INC., (AS SUCCESSOR-IN-INTEREST TO AURORA SFC SYSTEMS, INC.),**
*Appellee*

---

2015-1281

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,910.

---

**JUDGMENT**

---

DEBORAH M. VERNON, McCarter & English, LLP, Boston, MA, argued for appellant. Also represented by KIA LYNN FREEMAN, ERIK PAUL BELT.

JOHN M. GRIEM, JR., Carter Ledyard & Milburn LLP, New York, NY, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 December 11, 2015 
Date

 /s/ Daniel E. O'Toole 
Daniel E. O'Toole
Clerk of Court